

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS SMITH<br>    Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC<br>    Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. 3:23cv358-HTW-LGI<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I.   INTRODUCTION

1. This is an action for actual damages and statutory damages brought by Plaintiff Marcus Smith an individual consumer, against Defendant, Jefferson Capital Systems, LLC ("Jefferson Capital") for violation of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices.

### II.   JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) and 28 U.S.C § 1331. Venue in this District is proper because Defendant transacts business in Mississippi, Madison County, Mississippi, and the conduct complained of occurred in Mississippi, Madison County, Mississippi.

## III.    PARTIES

3. Plaintiff Marcus Smith (hereinafter "Mr. Smith"), is a natural person residing in the state of Mississippi, Madison County, Mississippi. Mr. Smith is a consumer as defined by the Fair Debt Collection Practices Act 15 U.S.C § 1692a (3).

4. Upon information and belief, Defendant Jefferson Capital Systems, LLC is a Minnesota corporation with its principal place of business located at 16 McLeland Road Saint Cloud, MN 56303. With the Mississippi Secretary of State, Jefferson Capital Systems, LLC. has a business id: 945632 since Feb. 27, 2009, and its registered agent is Corporation Service Company 109 Executive Dr. Suite 3 Madison, MS 39110.

5. Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another. The alleged debt arose from a financial obligation primarily for personal, family, or household purposes and is, therefore a "debt" as defined by 15 U.S.C § 1692a (5).

## IV.    FACTS OF THE COMPLAINT

6. Defendant is a "debt collector" as defined by the Fair Debt Collection Practices Act, 15 U.S.C § 1692a (6).

7. On or about February 10, 2023, Mr. Smith received a letter from Defendant attempting to collect a debt in the amount of $600.23 allegedly owned to AFFIRM INC. A copy of this letter is attached as Exhibit A.

8. On February 21, 2023, Plaintiff sent a letter USPS certified with tacking 7022 2410 0002 1788 7119 along with PS Form 3811 tacking 9590 9402 7199 1284 9133 69 stating "I refuse to pay the debt" Cease and Desist pursuant to 15 U.S.C § 1692c (c).

Plaintiff also stated to Defendant the alleged debt has surpassed the statute of limitations for collection in the state of Mississippi. A copy of this letter is attached as Exhibit B.

9. On or about March 8, 2023, Plaintiff received an additional letter from Defendant as follows: "Payment Offers Available Offer#1 – Single payment and the largest savings, Offer#2 – Payment Plan with savings, and Offer#3 – Pay your account in full with monthly payments" which is a violation of 15 U.S.C § 1692c (c). A copy of this letter is attached as Exhibit C.

10. On or about March 8, 2023, Plaintiff submitted a complaint to the Consumer Financial Protection Bureau (Complaint ID # 230308-10539098) to bring awareness to the Defendant ongoing harassment, which is a violation of 15 U.S. Code § 1692d (4). A copy of the complaint is attached as Exhibit D.

11. Plaintiff has suffered actual damages as a result of the illegal debt collection communication by Defendant in the form of anger, anxiety, decreased ability to focus on tasks while at work, and frustration amongst other negative emotions.

## V.    FIRST CLAIM OF RELIEF
### (Defendant Jefferson Capital Systems, LLC)
### 15 U.S.C § 1692c (c)

12. Plaintiff re-alleged and reincorporates all previous paragraphs as if fully set out herein.

13. Defendant violated the FDCPA.

14. Defendant violations include, but are not limited to, the following:

   (a) Defendant violated 15 U.S.C § 1692c (c) of the FDCPA by failing to cease collection after receiving written notice.

15. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for

actual damages, statuary damages, and costs.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment for the violations that occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C § 1692k (1)(2);

C. Statuary damages pursuant to 15 U.S.C § 1692k (2);

D. Costs pursuant to 15 U.S.C § 1692k (3);

E. For such other and further relief as the Court may deem just proper.

Dated: June 6, 2023

Respectfully submitted,

/s/ Marcus Smith

Marcus Smith Pro Se Plaintiff
124 Davis Ave.
Canton, MS 39046
(662) 836-6012 or
(662) 299-6106
marcussmith601298@gmail.com